UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASHFORD INC. and<br>ASHFORD HOSPITALITY ADVISORS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SESSA CAPITAL (MASTER), L.P., SESSA CAPITAL GP, LLC,<br>SESSA CAPITAL IM, L.P., SESSA CAPITAL IM GP, LLC,<br>JOHN E. PETRY, PHILIP B. LIVINGSTON, LAWRENCE A.<br>CUNNINGHAM, DANIEL B. SILVERS and CHRIS D.<br>WHEELER,<br><br>    Defendants; | NO. 3:16-cv-01566-N |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

1.  Plaintiffs Ashford, Inc. and Ashford Hospitality Advisors, LLC hereby voluntarily dismiss all claims against Defendants with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii);

2.  Each party will bear its own attorneys' fees, costs and other expenses.

DATED:   February 20, 2017.

DAL:953548.1

| | |
|---|---|
| **SHAMOUN & NORMAL LLP**<br><br>_s/ C. Gregory Shamoun_<br><br>C. Gregory Shamoun<br>g@snlegal.com<br>1800 Valley View Lane<br>Dallas, TX 75234<br>Telephone No.: (214) 987-1745<br>Facsimile No.: (214) 521-9033<br><br>*Attorneys for Ashford Inc. and Ashford Hospitality Advisors LLC* | **SKIERMONT DERBY LLP**<br><br>_s/ Paul J. Skiermont_<br>Paul J. Skiermont<br>Texas State Bar No. 24033073<br>Email: pskiermont@skiermontderby.com<br>Eliot J. Walker<br>Texas State Bar No. 24058165<br>Email: ewalker@skiermontderby.com<br>Shellie Stephens<br>Texas State Bar No. 24079398<br>Email: sstephens@skiermontderby.com<br>2200 Ross Ave., Suite 4800W<br>Dallas, Texas 75201<br>Telephone No.: (214) 978-6600<br>Facsimile No.: (214) 978-6601<br><br>*– and –*<br><br>**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**<br><br>Glen E. Summers (*Pro Hac Vice*)<br>Email: glen.summers@bartlit-beck.com<br>Joseph Doman (*Pro Hac Vice*)<br>Email: joe.doman@bartlit-beck.com<br>1899 Wynkoop Street, 8th Floor<br>Denver, Colorado 80202<br>Telephone No. (303) 592-3100<br>Facsimile No.: (303) 592-3140<br><br>John D. Byars (*Pro Hac Vice*)<br>Email: john.byars@bartlit-beck.com<br>Courthouse Place<br>54 W. Hubbard St., Suite 300<br>Chicago, Illinois 60654<br>Telephone No. (312) 494-4400<br>Facsimile No.: (312) 494-4440<br><br>*Attorneys for Sessa Capital (Master), L.P., Sessa Capital GP, LLC, Sessa Capital IM, L.P., Sessa Capital IM GP, LLC, John E. Petry, Philip B. Livingston, Lawrence A. Cunningham, Daniel B. Silvers, Chris D. Wheeler* |